Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

AUG 26 2022

U.S. DISTRICT COURT
ELKINS WV 26241

Antonio Lasalle Hannah
_Your full name_

STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983

v.

Shannon Jones
Jason Wharton
Brittney Harris
Kyle Moore

_Enter above the full name of defendant(s) in this action_

Civil Action No.: 5:22CV207
(To be assigned by the Clerk of Court)

Bailey
Mazzone
Prince

## I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Your Name: Antonio Lasalle Hannah
   Inmate No.: #3669682
   Address: #1 Lois Lane Greenwood WV 26415

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B. Name of Defendant: Shannon Jones

Attachment A

Position: CPS Caseworker
Place of Employment: DHHR Parkersburg W.V
Address: 400 5th st Parkersburg WV 26101

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: while employed by DHHR she did falsify a legal document in or to take illegal custody of daughter constituting Kidnapping by fraud.

B.1  Name of Defendant: Jason Wharton
Position: Chief Circuit Judge
Place of Employment: Parkersburg WV Circuit Court
Address: 2 Government sq. #2 Annex Parkersburg WV 26101

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: While working as Circuit Court Judge he conspired with Shannon Jones and the CPS Dept to allow my daughter to be kidnapped and illegally remain in states custody.

B.2  Name of Defendant: Brittney Harris
Position: CPS Caseworker Supervisor
Place of Employment: DHHR Parkersburg W.V
Address: 400 5th st Parkersburg WV 26101

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: While employed with DHHR she did, in conspiracy with Shandon Jones and Jason Wharton allow the kidnapping of my daughter to take place

B.3   Name of Defendant: Kyle Moore
Position: Prosecuting Attorney
Place of Employment: Jackson County Prosecutors Office
Address: P.O. Box 800 Ripley W.V. 25271

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☑ Yes   ☐ No

If your answer is "YES," briefly explain: While employed with the State of W.V. Mr. Moore did conspire against me along with the other defendants to deprive me of my rights

B.4   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

Attachment A

_____
_____

B.5   Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____

III.   **PLACE OF PRESENT CONFINEMENT**

Name of Prison/Institution: NCRJ

A.   Is this where the events concerning your complaint took place?
☐ Yes   ☒ No

If you answered "NO," where did the events occur?
Parkersburg WV

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☐ Yes   ☒ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   ☐ Yes   ☒ No

D.   If your answer is "NO," explain why not _____

_____
_____

E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☑ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

2.  Court:_____
    *(If federal court, name the district; if state court, name the county)*

3.  Case Number:_____

4.  Basic Claim Made/Issues Raised: _____
    _____

5.  Name of Judge(s) to whom case was assigned: ____

**Attachment A**

6. Disposition: _____
   *(For example, was the case dismissed? Appealed? Pending?)*

7. Approximate date of filing lawsuit: _____

8. Approximate date of disposition. **ATTACH COPIES**

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?   ☐ Yes   ☑ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
   _____
   _____
   _____

E. Did you exhaust available administrative remedies?   ☑ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. I filed a complaint with DHHR and I filed @ seperate documents with the circuit court in response to the kidnapping and my grievance thereof

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Name and location of court and docket number:
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous    ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights.* **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** *Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** *(LR PL 3.4.4)*

CLAIM 1: Kyle Moore did conspire against me, to deprive me of my rights and assist the CPS Dept and the Court of keeping illegal custody of my kidnapped daughter

Supporting Facts: Mr. Moore had me arrested on a fraudulent charge of Intimidation of a public official and attempted to use my false imprisonment as grounds to have my parental rights terminated. He also denied my acceptance into 2 treatment facilities and then filed a motion to have my parental rights terminated claiming "I did not seek Mental Health Treatment".

CLAIM 2: Shannon Jones by means of fraud did kidnapp my daughter under color of law and Inflicted me with Intentional emotional distress

Supporting Facts: In Exibit #1 Shannon Jones with malicious intent Falsified Findings of Aggravated Circumstance in order to kidnapp my daughter from the Hospital. 3 days later Exibit #2 It was confirmed that Shannon Jones Falsified her report because I've never had my parental Rights terminated voluntarily or Involuntarily.

CLAIM 3: Judge Jason Wharton through Breach of duty and Judicial negligence did conspire with Shannon Jones and the CPS Dept to keep custody of my kidnapped daughter and deprive me of my rights.

Supporting Facts: Jason Wharton was provided with my Demand for Dismissal and Demurr to the complaint explaining the details of Shannon Jones Fraud 1 week later but he ignored these documents and never gave an official ruling on them or mention them In open court.

CLAIM 4: Judge Jason Wharton did conspire against me and deprive me of my rights In order to keep Illegal custody of my kidnapped daughter

Supporting Facts: I motioned in open court for a mental Competency evaluation, more extensive mental Health treatment, and to Dismiss my Pro-Counsel Nancy Mcghee and Judge Wharton Denied me all of my 8th and 14th Amendment rights.

CLAIM 5: Brittney Harris in conspiracy with Shannon Jones, The Court, and its officers Did deprive me of my rights to due process and my daughter.

Supporting Facts: Ms. Harris recieved sufficient Knowledge that my daughter was kidnapped by Fraud (Exibit #3) But she ignored those facts and refused to give any type of professional or legal response.

VI. INJURY

Attachment A

I was Falsely Imprisoned by the CPS Dept to prevent me from being able to have an adequate defense in this case.

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages. Me and my daughters mother has seperated. I've been denied a proper Mental health evaluation and treatment in violation of my 8th and 19th Amendment Rights. My daughter was Kidnapped by fraud causing me severe mental and emotional distress In violation of my 8th and 14th Amendment rights

VII. **RELIEF**

State **BRIEFLY and EXACTLY** what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Prosecution to the fullest extent of the law.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at North Central Regional Jail on 8-11-2022.
(Location)                                         (Date)

Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Antonio Lasalle Hannah
_Your full name_

v.  Civil Action No.: 5:22cv207

Shannon Jones
Jason Wharton
Brittney Harris
Kyle Moore
_Enter above the full name of defendant(s) in this action_

## Certificate of Service

I, Antonio Hannah (your name here), appearing *pro se*, hereby certify that I have served the foregoing __1983 Civil lawsuit__ (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 8-11-2022 (insert date here):

(List name and address of counsel for defendant(s))

_(sign your name)_