AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
<u>Northern</u> District of <u>West Virginia</u>

| | |
|---|---|
| ANTONIO LASALLE HANNAH | ) |
| *Plaintiff* | ) |
| v. | ) |
| SHANNON JONES, JASON WHARTON, | ) |
| BRITTNEY HARRIS, KYLE MOORE | ) |
| *Defendant* | ) |

Civil Action No.     5:22-cv-207

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:    Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.  The Clerk is directed to enter judgment in favor of the defendants and STRIKE this matter from the active docket.

This action was *(check one)*:

☒ decided by Judge    John Preston Bailey

Date:         09/14/2022

*CLERK OF COURT*
Cheryl Dean Riley

/s/ N.M. Maxwell,  Deputy Clerk

*Signature of Clerk or Deputy Clerk*